## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**HOUSING AUTHORITY**
**OF JACKSONVILLE**                                                    **PLAINTIFF**


**v.**                          **Case No. 4:10-cv-145-DPM**


**TRAVELERS CASUALTY AND**
**SURETY COMPANY OF AMERICA**                           **DEFENDANT**

### JUDGMENT

The Housing Authority's complaint is dismissed with prejudice.


_____
D.P. Marshall Jr.
United States District Judge

23 May 2011